# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY M. GIBBS,<br><br>                     Plaintiff,<br><br>          v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>                     Defendant. | Case No. 8:22-cv-01574-CJC-ADS<br><br>**ORDER RE STIPULATION TO SUBMIT CLAIMS AGAINST EXPERIAN TO BINDING ARBITRATION AND TO STAY CASE** |

    Based on a review of the Stipulation for Binding Arbitration, sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is APPROVED as follows:

    1.    Plaintiff Johnny Gibbs ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian") shall proceed to arbitration before the American Arbitration Association pursuant to its Consumer Arbitration Rules.

    2.    The action is stayed as between Plaintiff and Experian, the only parties, pending completion of the arbitration.

    3.    All outstanding discovery obligations are suspended and the Court's scheduling order deadlines are stayed.

4. Experian's Motion to Compel Arbitration and Motion for Protective Order and Stay Of Discovery and Scheduling Order Deadlines Pending Resolution of Experian's Motion to Compel Arbitration (ECF Nos. 21 & 22) are MOOT.

**IT IS SO ORDERED.**

Dated: February 23, 2023

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　HONORABLE CORMAC J. CARNEY
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE